

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.    CRIMINAL NO. 5: 24-CR-00 124

ASHLEY TONEY    18 U.S.C. § 242

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Introduction

At all times relevant to this offense:

1. Southern Regional Jail (SRJ) was a state correctional facility operated by the West Virginia Division of Corrections and Rehabilitation (WVDOC) and located in Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia.

2. C-pod is a housing unit for inmates, including pretrial detainees, at SRJ.

3. Defendant ASHLEY TONEY ("TONEY") was employed by WVDOC as a correctional officer at SRJ.

4. On or about March 1, 2022, defendant TONEY was on duty at SRJ and acting in her official capacity as a correctional officer.

5. On or about March 1, 2022, Q.B., an individual known to the United States Attorney, was a 37-year-old pretrial detainee in the custody of SRJ.

6. On or about March 1, 2022, defendant TONEY responded to a call for officer assistance after Q.B. tried to push past a correctional officer and leave C-pod. After Defendant TONEY arrived in C-pod, she and other officers used force to restrain and handcuff Q.B.

7. Defendant TONEY and other officers escorted Q.B., while Q.B. was still handcuffed, to another area in the jail.

## COUNT ONE

8. On or about March 1, 2022, in Beaver, Raleigh County, West Virginia, within the Southern District of West Virginia, defendant ASHLEY TONEY, while acting under color of law, willfully deprived Q.B., a pretrial detainee, in the free exercise and enjoyment of a right secured and protected by the Constitution and the laws of the United States, namely, the right not to be deprived of due process of law, which includes the right to be free from the use of unreasonable force by correctional officers. Specifically, defendant TONEY willfully failed to intervene to protect Q.B. from being physically assaulted by other officers, despite having had the opportunity to do so. This offense resulted in bodily injury to Q.B.

All in violation of Title 18, United States Code, Section 242.

WILLIAM S. THOMPSON
United States Attorney

By: _____
MONICA D. COLEMAN
Deputy Criminal Chief

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

By: _____
CHRISTINE M. SISCARETTI
Deputy Chief of Operations
Tenette Smith
Trial Attorney