# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 6/9/2025 | Case Number: | 5:24-cr-00124 |
| Case Style: | USA vs. Ashley Toney | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Zach Spurrier |
| Attorney(s) for the Plaintiff or Government: | | | |
| Christine M. Siscaretti | | | |
| Attorney(s) for the Defendant(s): | | | |
| Wes Page | | | |
| Law Clerk: | Zach Spurrier | | |
| Probation Officer: | Patrick Fidler | | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:03 AM | 12:26 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 2 hours and 23 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start: 10:00 a.m.
Actual Start: 10:03 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Court addresses PSR and objections:
Govt and Deft objects to paragraph 39.
Court sustains Gov's objection, overrules Deft's objection.
Deft objects to paragraph 42 - sustained.
Court adopts findings in PSR except as otherwise stated.
Court accepts plea agreement.
Court grants the Government's motion to dismiss the counts (3, 4, 9, 17) in the indictment against the Deft in 5:23-cr-188.
Court makes findings re: applicable U.S.S.G ranges.
Gov moves for substantial assistance under Section 5K1.1.
Court grants the motion, reduces offense level by 16 levels.
Deft Character Witness No. 1: Matthew Stafford sworn in and takes the stand.
Direct examination of the witness, no cross.
Deft Character Witness No. 2: Rhonda Toney sworn in and takes the stand.
Direct examination of the witness, no cross.
Deft Character Witness No. 3: Drew Amick sworn in and takes the stand.
Direct examination of the witness, no cross.
Diane Rector addresses the court with a victim impact statement.
Latasha Williams addresses the court with a victim impact statement.
Kiera Cooper addresses the court with a victim impact statement.
Kimberly Burks addresses the court with a victim impact statement.
Court addresses Sec. 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on her own behalf.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, the court imposes sentence as follows:
Custody: 78 months
Supervised Release: 3 years
Fine: none imposed
Assessment: $100
Sentence imposed as stated.
Deft advised of right to appeal.

Deft remains on bond to self-report.
Court recessed at 12:26 p.m.